UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK JOHNSON,
ADC #106719                                                                                      PLAINTIFF

V.                              5:15CV00377 KGB/JTR

KEITH WADDLE,
Disciplinary Hearing Officer,
Cummins Unit, ADC                                                                        DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

### I. Discussion

Plaintiff, Derrick Johnson ("Johnson"), has filed this *pro se* § 1983 action alleging that Defendant Disciplinary Hearing Officer Keith Waddle ("Waddle") violated his equal protection rights in connection with a disciplinary conviction. *Doc.*

*2.*

Waddle has filed a Motion to Dismiss and a Brief in support arguing that Johnson has failed to state a claim upon which relief may be granted. *Docs. 18 & 19.* On October 14, 2016, the Court gave Johnson thirty days to file a Response to that Motion and warned him that this case would be dismissed, without prejudice, if he failed to timely and properly do so. *Doc. 18* (citing Local Rule 5.5(c)(2)). As of the date of this Recommendation, Johnson has not filed Response to the Motion to Dismiss, and the time for doing so has expired.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.  Johnson's Complaint *(Doc. 2)* be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2.  The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 5th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE