IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK JOHNSON,
ADC #106719                                                                                       PLAINTIFF

v.                          Case No. 5:15-cv-377-KGB

KEITH WADDLE,
Disciplinary Hearing Officer,
Cummins Unit, ADC                                                                                 DEFENDANT

## ORDER

Before the Court is the Recommended Disposition issued by United States Magistrate Judge J. Thomas Ray (Dkt. No. 26). Plaintiff Derrick Johnson has not filed any objection, and the time to file an objection has passed. After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved as this Court's findings in all respects.

The Court dismisses without prejudice the action for failure to prosecute pursuant to Local Rule 5.5(c)(2). Pursuant to 28 U.S.C. §1915(a)(3), this Court certifies that an *in forma pauperis* appeal would not be taken in good faith. Having dismissed the action, the Court denies as moot defendant Keith Waddle's pending motion to dismiss (Dkt. No. 18).

It is so ordered this the 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge