IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK JOHNSON,
ADC #106719                                                                                    PLAINTIFF

v.                      Case No. 5:15-cv-377-KGB

KEITH WADDLE,
**Disciplinary Hearing Officer,**
**Cummins Unit, ADC**                                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

Dated this the 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge